| | |
|---|---|
| 1 | RICHARD J. IDELL, SBN 069033 |
| 2 | DICKENSON, PEATMAN & FOGARTY |
|   | 1455 First Street, Ste. 301 |
| 3 | Napa, California 94559 |
|   | Telephone: (707) 252-7122 |
| 4 | Facsimile: (707) 255-6876 |
|   | Attorneys for Defendants |

CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Amanda Seabock, Esq., SBN 289900
Zachary Best, Esq., SBN 166035
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

FILED

Apr 28 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ, | CASE NO. 3:22-cv-01041-TSH |
| Plaintiffs, | **CIVIL LOCAL RULE 6-1(A) STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND ORDER THEREON** |
| vs. | |
| STONE EDGE WINERY, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; and Does 1-10, | |
| Defendants. | |

Pursuant to Civil Local Rule (N.D. Cal.) 6-1(a), by and between the parties Plaintiff Andres Gomez ("Andres Gomez") and Defendant Stone Edge Winery, LLC, a California Limited Liability Company ("Stone Edge")—IT IS HEREBY STIPULATED THAT:

1. Andres Gomez filed his Complaint on February 18, 2022, and served that complaint on March 7, 2022; the response was due March 28, 2022.

2. By stipulation the due date of the response was extended to April 29, 2022.

3. Pursuant to Stone Edge's request for an additional extension of time, Andres Gomez agrees that the time within which Stone Edge must answer or otherwise respond to the Complaint shall be extended to May 14, 2022.

4. Stone Edge reserves all rights in connection with any challenge to the complaint, including but not limited as to jurisdiction and/or venue.

5. This stipulated extension will not alter any deadline already fixed by Court order.

IT IS SO STIPULATED

Dated: April 28, 2022

                                          Respectfully submitted,

                                          **DICKENSON, PEATMAN & FOGARTY**

                                          By  /s/  Richard J. Idell
                                                  Richard J. Idell

                                          Attorneys for Defendant, Stone Edge Winery, LLC

Dated: April 28, 2022

                                          **CENTER FOR DISABILITY ACCESS**

                                          By   /s/ Amanda Seabock
                                                  Raymond Ballister, Jr.
                                                  Russell Handy
                                                  Amanda Seabock
                                                  Zachary Best

                                          Attorney for Plaintiff,
                                          Andres Gomez

## **ORDER**

The court, having received and reviewed the Stipulation of the parties to extend the due date of the defendant's response to the Complaint, the Stipulation is approved, and the due date of defendant's response is extended to May 14, 2022.

**Date:** __April 28__, 2022

_____
**Hon. Magistrate
Judge Thomas S. Hixson**