1  RICHARD J. IDELL, SBN 069033
   ORY SANDEL, SBN  233204
2  DICKENSON, PEATMAN & FOGARTY
   A Professional Corporation
3  1455 First Street, Ste. 301
   Napa, California 94559
4  Telephone: (707) 252-7122
   Facsimile: (707) 255-6876
5  Email:  ridell@dpf-law.com
           osandel@dpf-law.com
6  *Attorneys for Defendant, Stone Edge Winery, LLC*

7                UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9  ANDRES GOMEZ,                          CASE NO. 3:22-cv-01041-TSH

              Plaintiffs,                 **DEFENDANT STONE EDGE WINERY,**
10                                        **LLC'S NOTICE OF MOTION AND**
       vs.                                **MOTION TO DISMISS PLAINTIFF'S**
11                                        **COMPLAINT**
   STONE EDGE WINERY, LLC, A
   CALIFORNIA LIMITED LIABILITY           **[Fed. R. Civ. P. 12(b)]**
12 COMPANY; and Does 1-10,
                                          Date:   June 23, 2022
13            Defendants.
                                          Time:   10:00 a.m.
14
                                          Place:  United States District Court
15
                                                  San Francisco Courthouse
16
                                                  450 Golden Gate Avenue
17
                                                  Courtroom G, 15th Floor
18
                                                  San Francisco, CA 94102
19
                                          Hon. Judge Thomas S. Hixson, presiding
20                                        Complaint Filed:      February 18, 2022

                                          Trial Date:           Not yet set
21

22         TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

23         PLEASE TAKE NOTICE that on June 23, 2022, at the hour of 10:00 a.m., or as soon

24 thereafter as the Court's schedule permits, in Courtroom G, 15th Floor of the United States

25 District Court for the Northern District of California, San Francisco Courthouse, located at 450

26 Golden Gate Avenue, San Francisco, CA 94102, the Honorable Thomas S. Hixon presiding,

27 Defendant, Stone Edge Winery, LLC ("Defendant" or "Stone Edge"), will move, and hereby does

28

   NOTICE OF MOTION TO DISMISS            1          CASE NO. 3:22-cv-01041-TSH
   COMPLAINT

move, the Court for an Order dismissing Plaintiff Andres Gomez's ("Plaintiff") Complaint

("Complaint") with prejudice, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of

Civil Procedure.

This Motion is made on the grounds that Plaintiff's Complaint fails to state a disability

discrimination claim for the following reasons:

(1)     Plaintiff fails to allege that the alleged inaccessibility of Defendant's website

interfered with Plaintiff's ability to use Defendant's goods and/or services offered

at Defendant's physical location and, thus, Plaintiff has suffered no injury in fact;

(2)     Plaintiff fails to allege a sufficient nexus between Defendant's website and

Defendant's physical place of accommodation; and

(3)     Plaintiff fails to allege that Plaintiff was deterred from visiting Defendant's

physical location.

In addition, the Court should decline to extend supplemental jurisdiction as to Plaintiff's

alleged Unruh Act claim and should therefore dismiss with prejudice the Second Cause of Action

alleged in Plaintiff's Complaint.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points

and Authorities, the Request for Judicial Notice filed in support thereof, and all of the exhibits

thereto, and such other and further matters as may be presented before the hearing.

PLEASE TAKE FURTHER NOTICE that Judge Hixson is not having any in-person

hearings on his civil law and motion calendar. For connection information on all proceedings via

//

//

//

//

//

NOTICE OF MOTION TO DISMISS            2            CASE NO. 3:22-cv-01041-TSH
COMPLAINT

Zoom, please see the judge's home page listed at https://www.cand.uscourts.gov/judges/, and

follow the instructions listed at https://www.cand.uscourts.gov/zoom/.

Respectfully submitted,

DICKENSON, PEATMAN & FOGARTY

Dated: May 16, 2022          By:     /s/      Richard J. Idell
                                    Richard J. Idell
                                    Ory Sandel
                                    *Attorneys for Defendant, Stone Edge Winery,*
                                    *LLC*