UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ, <br><br>   Plaintiff, <br><br> v. <br><br> STONE EDGE WINERY, LLC,, <br><br>   Defendant. | Case No. 22-cv-01041-TSH <br><br> **ORDER RE: NOTICE OF SETTLEMENT** |

The Court has been informed that the above-entitled action has settled. ECF No. 29. Accordingly, the Court **VACATES** all pending deadlines. The parties shall file a dismissal or joint status report by September 06, 2022.

**IT IS SO ORDERED.**

Dated: July 7, 2022

THOMAS S. HIXSON
United States Magistrate Judge